541 A.2d 1134

**Douglas VANN, Appellant,**

v.

**SCHOOL DISTRICT OF PHILADELPHIA, Appellee.**

Supreme Court of Pennsylvania.

Argued Dec. 11, 1987.

Decided May 27, 1988.

Bruce Martin Ginsburg, Philadelphia, for appellant.

Martin Horowitz, Andrew M. Rosen, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Filed: May 27, 1988

The judgment of the Superior Court, 348 Pa.Super. 383, 502 A.2d 260, in the above-captioned matter is hereby affirmed, based on our decision in *Jerry Lewis v. School District of Philadelphia*, 517 Pa. 461, 538 A.2d 862 (1988).

LARSEN, J., files a dissenting opinion.

LARSEN, Justice, dissenting.

I dissent and would reverse the Superior Court's decisions in this matter based upon my dissenting opinion in *Jerry Lewis v. School District of Philadelphia*, 517 Pa. 461, 538 A.2d 862 (1988).